**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MOM CA Investco LLC, *et al.*, | ) Case No. 25-10321 (BLS) |
| Debtors.[1] | ) (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to Specialty DIP LLC (the "Specialty DIP"), and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), requesting that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
Stuart Komrower, Esq.
Bryant P. Churbuck, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:    (302) 652-3131
Facsimile:     (302) 652-3117
Email:            jalberto@coleschotz.com
                      skomrower@coleschotz.com
                      bchurbuck@coleschotz.com

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660. For purposes of this representation, Hotel Laguna, LLC is represented solely by Potter Anderson & Corroon LLP and is not represented by Buchalter, A Professional Corporation.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: March 14, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>/s/ *Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Stuart Komrower (*pro hac vice* pending)<br>Bryant P. Churbuck (*pro hac vice* pending)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone:  (302) 652-3131<br>Facsimile:  (302) 652-3117<br>Email:  jalberto@coleschotz.com<br>    skomrower@coleschotz.com<br>    bchurbuck@coleschotz.com<br><br>*Counsel to Specialty DIP LLC* |