**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 18th day of March, 2025, a true and accurate copy of *Mohammad Honarkar and 4G Wireless, Inc.'s First Request for Production of Documents Directed to Debtors* was caused to be served upon the parties listed below via electronic mail.

**Potter Anderson & Corroon LLP**
Aaron H. Stulman, Esq.
R. Stephen McNeill, Esq.
Gregory J. Flasser, Esq.
Christopher M. Samis, Esq.
Nicholas D. Mozal, Esq.
1313 N Market St, 6th Floor
Wilmington, DE 19801
Email: astulman@potteranderson.com
  rmcneill@potteranderson.com
  gflasser@potteranderson.com
  csamis@potteranderson.com
  nmozal@potteranderson.com

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

102532115.1

| | |
|---|---|
| Dated: March 18, 2025<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>_(signature)_<br><br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>Stephen A. Smith (Del. Bar No. 7456)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br>sasmith@polsinelli.com<br><br>-and-<br><br>Elisa Hyder (admitted _pro hac vice_)<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: (215) 267-3001<br>Facsimile: (215) 267-3002<br>ehyder@polsinelli.com<br><br>_Counsel for Mohammad Honarkar and 4G Wireless, Inc._ |