## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, *proposed* the claims and noticing agent for the Debtors in the above-captioned cases.

On March 14, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for an Order Directing Joint Administration of the Debtors' Chapter 11 Cases** (Docket No. 4)

- **Debtors' Motion for Entry of an Order Authorizing Redaction of Certain Personal Identifying Information Within the Consolidated List of Creditors and Other Filings** (Docket No. 5)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief** (Docket No. 6)

- **Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 7)

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660. For purposes of this representation, Hotel Laguna, LLC is represented solely by Potter Anderson & Corroon LLP and is not represented by Buchalter, A Professional Corporation.

- **Motion for Entry of Interim and Final Orders (I) Approving the Appointment of an Independent Manager; (II) Authorizing the Payment of Fees; and (III) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief** (Docket No. 10)

- **Declaration of Mark Shinderman in Support of Petitions and First Day Motions** (Docket No. 11)

- **Order Directing Joint Administration of the Debtors' Chapter 11 Cases** (Docket No. 56)

- **Order Authorizing Redaction of Certain Personal Identifying Information in the Consolidated List of Creditors and Other Filings** (Docket No. 57)

- **Interim Order (I) Approving Debtors' Propose Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief** (Docket No. 58)

- **Order Authorizing Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 59)

- **Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief** (Docket No. 61)

Furthermore, on March 14, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Amended Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Motions Scheduled for March 14, 2025 at 10:30 A.M. (ET)** (Docket No. 43)

Furthermore, on March 14, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief** (Docket No. 6)

- **Interim Order (I) Approving Debtors' Propose Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief** (Docket No. 58)

Furthermore, on March 14, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 7)

- **Order Authorizing Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 59)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on March 14, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit H**, and via electronic mail on the service list attached hereto as **Exhibit I**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief** (Docket No. 10)

- **Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief** (Docket No. 61)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 18, 2025

_Monica Balos_
Monica Balos

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 18th day of March 2025 by Monica Balos.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224030481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| A&S Accounting Solutions | Attn: Legal Dept | 321 5th St | | Huntington Beach | CA | 92648 |
| Allen Matkins | Attn: Legal Dept | 865 S Figueroa St Suite 2800 | | Los Angeles | CA | 90017 |
| Bpm LLP | Attn: Legal Dept | 2001 N Main St Suite 360 | | Walnut Creek | CA | 94596 |
| CA Office of the Attorney General | Attn: Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Cal Star Services | Attn: Legal Dept | PO Box 1172 | | Loma Linda | CA | 92354 |
| Camacho's Plumbing and Welding | Attn: Legal Dept | 5590 W Mission Blvd | | Ontario | CA | 91762 |
| Cantor Group IV LLC | Attn: Legal Dept | 520 Newport Center Dr Suite 480 | | Newport Beach | CA | 92660 |
| Cantor Group V LLC | Attn: Legal Dept | 520 Newport Center Dr Suite 480 | | Newport Beach | CA | 92660 |
| Coastline Santa Monica Investments | Attn: Legal Dept | 520 Newport Center Dr Suite 480 | | Newport Beach | CA | 92660 |
| D&D Wholesale | Attn: Legal Dept | 777 Baldwin Park Blvd | | City of Industry | CA | 91746 |
| DE Department of Justice | Attn: Attorney General | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Division of Corporations | PO Box 5509 | | Binghamton | NY | 13902 |
| DE State Treasury | Attn: Legal Department | 820 Silver Lake Blvd Suite 100 | | Dover | DE | 19904 |
| Fuscoe | Attn: Legal Dept | 16795 Von Karmen Suite 100 | | Irvine | CA | 92602 |
| Internal Revenue Service (IRS) | Attn: Centralized Insolvency | 1111 Constitution Ave NW | | Washington | DC | 20224 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 9941 Stop 6552 | | Ogden | UT | 84409-0941 |
| International Marine Products Inc | Attn: Legal Dept | 3020 E Washington Blvd | | Los Angeles | CA | 90023 |
| Kendall Brill & Kelly LLP | Attn: Legal Dept | 10100 Santa Monica Blvd Suite 1725 | | Los Angeles | CA | 90067 |
| Liberty Landscaping  Inc | Attn: Legal Dept | 5212 El Rivino Rd | | Riverside | CA | 92509 |
| My Laguna Stay Inc | Attn: Legal Dept | 24351 Armada Dr | | Dana Point | CA | 92629 |
| Newport Meat Company | Attn: Legal Dept | PO Box 19726 | | Irvine | CA | 92623 |
| Office of UST for District of DE | Attn: Malcolm M. Bates | 844 King St Suite 2207 Lockbox #35 | | Wilmington | DE | 19801 |
| Office US Attorney District of DE | Attn: U.S. Attorney | 1313 N Market St | PO Box 2046 | Wilmington | DE | 19801 |
| Prenovost  Normandin | Attn: Legal Dept | 2122 N Broadway Suite 200 | | Santa Ana | CA | 92706 |
| ProLine Electrical Contractors Inc | Attn: Legal Dept | 360 E 1st St #169 | | Tustin | CA | 92780 |
| Reece Bath & Kitchen | Attn: Legal Dept | PO Box 740039 | | Los Angeles | CA | 90074-0039 |
| Regal Court Reporting | Attn: Legal Dept | 1551 N Tustin Ave #750 | | Santa Ana | CA | 92705 |
| Santa Monica Seafood Company | Attn: Legal Dept | 18531 S Broadwick St | | Rancho Dominguez | CA | 90220 |
| Securities & Exchange Commission | Attn: Regional Director | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission | Attn: Regional Director | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 |
| Securities & Exchange Commission | Attn: Regional Director | 200 Vesey St Suite 400 | NY Regional Office Brookfield Place | New York | NY | 10281-1022 |
| Smart Key Locksmith | Attn: Legal Dept | 25211 Sunnymead Blvd Suite C-4 | | Moreno Valley | CA | 92553 |
| Southern California Grading | Attn: Legal Dept | 16291 Construction Circle E Ste A | | Irvine | CA | 92606 |
| Standard Air Mechanical Inc | Attn: Legal Dept | PO Box 5803 | | Norco | CA | 92860 |
| SureTech Insurance Company | Attn: Legal Dept | 2103 City West Blvd Suite 1300 | | Houston | TX | 77042 |
| The Chef's Warehouse West Coast LLC | Attn: Legal Dept | PO Box 601154 | | Pasadena | CA | 91189-1154 |
| Traker Development | Attn: Legal Dept | 260 Newport Center Dr Suite 410 | | Newport Beach | CA | 92660 |
| Trend Systems Group | Attn: Legal Dept | 2126 S Standard Ave | | Santa Ana | CA | 92708 |
| US Foods | Attn: Legal Dept | File 6993 | | Los Angeles | CA | 90074-6993 |
| Vierergruppe Management Inc | Attn: Legal Dept | 1932 E Deere Ave Suite 150 | | Santa Ana | CA | 92705 |
| Worldwide Produce | Attn: Legal Dept | PO Box 745159 | | Los Angeles | CA | 90074-5159 |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A&S Accounting Solutions | | | audra@asaccountingsolutions.com |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Michael Farrell, Esq., Scott Leipzig, Esq., Tim Hsu, Esq., Stephanie Roberts, Esq., Gabriela Perez, Esq. | | mfarrell@allenmatkins.com<br>demmel@allenmatkins.com |
| BPM LLP | | | mrowe@bmp.com |
| Cal Star Services | | | info@calstar.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Camacho's Plumbing and Welding | Attn: Moises Camacho | | jose@camachorepair.com |
| Cantor Group IV LLC | | | cantorgroupiv@gmail.com |
| Cantor Group V LLC | | | cantorgroupv@gmail.com |
| Coastline Santa Monica Investments LLC | | | coastlinesantamonica@outlook.com |
| D&D Wholesale | | | ddwholesaler@gmail.com |
| Delaware Department of Justice | Attn: Attorney General | | attorney.general@state.de.us<br>attorney.general@delaware.gov |
| Delaware Secretary of State | Delaware Division of Corporations | | jennifer.noel@delaware.gov |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: David L. Going | dgoing@atllp.com |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: Eric M. Sutty, Esq | esutty@atllp.com |
| Fuscoe | | | ar-invoices@fuscoe.com |
| International Marine Products Inc. | | | order@intmarine.com |
| Kendall Brill & Kelly LLP | | | mender@kbkfirm.com |
| Liberty Landscaping  Inc. | | | office@libertylandscaping.com |
| Mohammad Honarkar and 4G Wireless, Inc | c/o Polsinelli PC | Attn: Christopher A. Ward, Esq., Shanti M. Katona, Esq., and Stephen A. Smith, Esq. | cward@polsinelli.com<br>skatona@polsinelli.com<br>sasmith@polsinelli.com |
| Mohammad Honarkar and 4G Wireless, Inc. | c/o Polsinelli PC | Attn: Elisa Hyder, Esq. | ehyder@polsinelli.com |
| My Laguna Stay Inc. | | | vacation@everydaylux.com |
| Newport Meat Company | | | tonys@newportmeat.com |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates | | ustpregion03.wl.ecf@usdoj.gov<br>malcolm.m.bates@usdoj.gov |
| Prenovost  Normandin | | | receptionist@pnbd.com |
| Pro-Line Electrical Contractors, Inc. | | | info@prolineelectrical.com |
| Reece Bath & Kitchen | | | ecomsupport@reece.com |
| Regal Court Reporting | | | info@regalcourtreporting.com |
| Santa Monica Seafood Company | | | orders@smseafood.com |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | hardym@sec.gov<br>chenges@sec.gov |
| Smart Key Locksmith | | | smartkeylocksmiths@yahoo.com |
| Southern California Grading | | | estimating@socalgrading.com |
| Specialty DIP LLC | c/o Cole Schotz P.C. | Attn: Justin R. Alberto, Esq., Stuart Komrower, Esq., and Bryant P. Churbuck, Esq. | jalberto@coleschotz.com<br>skomrower@coleschotz.com<br>bchurbuck@coleschotz.com |
| Standard Air Mechanical Inc. | | | felix96@live.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| SureTech Insurance Company | | | zoe.zuo@amwins.com |
| The Chef's Warehouse West Coast LLC | | | chef@chefswarehouse.com |
| The Picerne Group, Inc. | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Avery Jue Meng | rdehney@morrisnichols.com<br>ameng@morrisnichols.com |
| The Picerne Group, Inc. | c/o Paul Hastings LLP | Attn: Roger G. Schwartz, Douglass Barron, Ezra Sutton | rogerschwartz@paulhastings.com<br>douglassbarron@paulhastings.com<br>ezrasutton@paulhastings.com |
| Traker Development | | | jim_trammell@yahoo.com |
| Trend Systems Group | | | reice@trendsystems.net |
| US Foods | | | tradeinvoices@usfoods.com |
| Vierergruppe Management Inc. | | | brian@vgruppemanagement.com |
| Worldwide Produce | | | shawnb@wwproduce.com |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 2 of 2

# Exhibit C



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A&S Accounting Solutions | | | audra@asaccountingsolutions.com |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Michael Farrell, Esq., Scott Leipzig, Esq., Tim Hsu, Esq., Stephanie Roberts, Esq., Gabriela Perez, Esq. | | mfarrell@allenmatkins.com demmel@allenmatkins.com |
| Banc of California | | | clientcarecenter@bancofcal.com treaury.management@bancofcal.com |
| BPM LLP | | | mrowe@bmp.com |
| Cal Star Services | | | info@calstar.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Camacho's Plumbing and Welding | Attn: Moises Camacho | | jose@camachorepair.com |
| Cantor Group IV LLC | | | cantorgroupiv@gmail.com |
| Cantor Group V LLC | | | cantorgroupv@gmail.com |
| City of Redlands | | | mudcustomerservice@cityofredlands.org |
| Coastline Santa Monica Investments LLC | | | coastlinesantamonica@outlook.com |
| Corporation Service Company | | | uccsprep@cscinfo.com |
| D&D Wholesale | | | ddwholesaler@gmail.com |
| Delaware Department of Justice | Attn: Attorney General | | attorney.general@state.de.us attorney.general@delaware.gov |
| Delaware Secretary of State | Delaware Division of Corporations | | jennifer.noel@delaware.gov |
| Enterprise Bank & Trust | Attn: Durene Sarmiento | | cso@enterprisebank.com dsarmiento@enterprisebank.com |
| Enterprise Bank & Trust | Attn: Durene Sarmiento | | cso@enterprisebank.com dsarmiento@enterprisebank.com |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: David L. Going | dgoing@atllp.com |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: Eric M. Sutty, Esq | esutty@atllp.com |
| Fuscoe | | | ar-invoices@fuscoe.com |
| International Marine Products Inc. | | | order@intmarine.com |
| Kendall Brill & Kelly LLP | | | mender@kbkfirm.com |
| Laguna Beach County Water District | | | customerservice@lbcwd.org |
| Liberty Landscaping  Inc. | | | office@libertylandscaping.com |
| Lone Oak Fund, LLC | | | loans@loneoakfund.com |
| Mohammad Honarkar and 4G Wireless, Inc | c/o Polsinelli PC | Attn: Christopher A. Ward, Esq., Shanti M. Katona, Esq., and Stephen A. Smith, Esq. | cward@polsinelli.com skatona@polsinelli.com sasmith@polsinelli.com |
| Mohammad Honarkar and 4G Wireless, Inc. | c/o Polsinelli PC | Attn: Elisa Hyder, Esq. | ehyder@polsinelli.com |
| My Laguna Stay Inc. | | | vacation@everydaylux.com |
| Nano Banc | Attn: Natalie Sedano | | mpendergrast@nanobanc.com pb@nanobanc.com nsedano@nanobanc.com |
| Nano Banc | Attn: Natalie Sedano | | mpendergrast@nanobanc.com pb@nanobanc.com nsedano@nanobanc.com |
| Newport Meat Company | | | tonys@newportmeat.com |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates | | ustpregion03.wl.ecf@usdoj.gov malcolm.m.bates@usdoj.gov |
| PMF CA REIT, LLC | | | randy@pmfundllc.com |
| Preferred Bank | | | carol.lee@preferredbank.com |
| Prenovost  Normandin | | | receptionist@pnbd.com |
| Pro-Line Electrical Contractors, Inc. | | | info@prolineelectrical.com |
| Reece Bath & Kitchen | | | ecomsupport@reece.com |
| Regal Court Reporting | | | info@regalcourtreporting.com |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 2



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Santa Monica Seafood Company | | | orders@smseafood.com |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | hardym@sec.gov<br>chenges@sec.gov |
| Smart Key Locksmith | | | smartkeylocksmiths@yahoo.com |
| Southern California Grading | | | estimating@socalgrading.com |
| Standard Air Mechanical Inc. | | | felix96@live.com |
| SureTech Insurance Company | | | zoe.zuo@amwins.com |
| The Chef's Warehouse West Coast LLC | | | chef@chefswarehouse.com |
| The Picerne Group, Inc. | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Avery Jue Meng | rdehney@morrisnichols.com<br>ameng@morrisnichols.com |
| The Picerne Group, Inc. | c/o Paul Hastings LLP | Attn: Roger G. Schwartz, Douglass Barron, Ezra Sutton | rogerschwartz@paulhastings.com<br>douglassbarron@paulhastings.com<br>ezrasutton@paulhastings.com |
| Traker Development | | | jim_trammell@yahoo.com |
| Trend Systems Group | | | reice@trendsystems.net |
| US Foods | | | tradeinvoices@usfoods.com |
| Vierergruppe Management Inc. | | | brian@vgruppemanagement.com |
| Wilshire Quinn Income Fund, LLC | | | info@wilshirequinn.com |
| Worldwide Produce | | | shawnb@wwproduce.com |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 2 of 2

# Exhibit D



**Exhibit D**
Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Allied Universal | 450 Exhange | Irvine | CA | 92602 |
| City of Redlands | 35 Cajon St Ste 15A | Redlands | CA | 92373 |
| City of Redlands | PO Box 3005 | Redlands | CA | 92373-1505 |
| Cox Communications | 26911 Aliso Creek Rd | Aliso Viejo | CA | 92656 |
| Cox Communications | 6205-B Peachtree Dunwoody Rd NE | Atlanta | GA | 30328 |
| CR&R Incorporated | 11292 Western Ave | Stanton | CA | 90680 |
| CR&R Incorporated | PO Box 7096 | Pasadena | CA | 91109-9952 |
| Laguna Beach County Water District | PO Box 987 | Laguna Beach | CA | 92652-0987 |
| Socal Gas | PO Box C | Monterey Park | CA | 91756 |
| Southern California Edison | PO Box 300 | Rosemead | CA | 91772-0001 |
| Southern California Edison | PO Box 6400 | Rancho Cucamonga | CA | 91729-6400 |
| Spectrum | 400 Washington Blvd | Stamford | CT | 06902 |
| Telepacific Communication | 303 Colorado St Ste 2075 | Austin | TX | 78701 |
| Telepacific Communication | PO Box 50913 | San Diego | CA | 92150-9013 |
| Verizon | 1095 Avenue of the Americas | New York | NY | 10036 |
| Verizon | 26741 Aliso Creek R | Aliso Viejo | CA | 92656 |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# Exhibit E



**Exhibit E**

Served via Electronic Mail

| Name | Email |
|---|---|
| City of Redlands | mudcustomerservice@cityofredlands.org |
| Laguna Beach County Water District | customerservice@lbcwd.org |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# **Exhibit F**



**Exhibit F**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Banc of California | | 3 MacArthur Place | Santa Ana | CA | 92707 |
| C T Corporation System, As Representative | Attn: Sprs | 330 N Brand Blvd, Suite 700 | Glendale | CA | 91203 |
| Cedar Advance LLC | | 2917 Avenue I | Brooklyn | NY | 11210 |
| Corporation Service Company | | 801 Adlai Stevenson Dr | Springfield | IL | 62703-4261 |
| Corporation Service Company | | P.O. Box 2576 | Springfield | IL | 62708 |
| Employment Development Department | | 722 Capitol Mall | Sacramento | CA | 95814 |
| Fifth Third Bank, National Association | | 38 Fountain Square Plaza | CIncinnati | OH | 45236 |
| Grand Cap | | 561 NE 79th Street | Miami | FL | 33138 |
| Honarkar, Mohammad | | Address Redacted | | | |
| Lcc Warehouse I LLC | c/o Loancore Capital | 55 Railroad Avenue, Suite 100 | Greenwich | CT | 06830 |
| Loancore Capital Credit Reit LLC | c/o Loancore Capital | 55 Railroad Avenue, Suite 10 | Greenwich | CT | 06830 |
| Nano Banc | | 25220 Hancock Avenue, Ste. 140 | Murrieta | CA | 92562 |
| U.S. Small Business Administration, | | 10737 Gateway West, #300 | El Paso | TX | 79935 |
| United Corporate Services, Inc | | 705 Bidwell Street, #3-305 | Folsom | CA | 95630 |
| West Coast Business Capital, LLC | | 116 Nassau Street, Suite 804 | New York | NY | 10038 |
| Wolters Kluwer Lien Solutions | | P.O. Box 29071 | Glendale | CA | 91209-9071 |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# <u>Exhibit G</u>



**Exhibit G**
Served via Electronic Mail

| Name | Email |
|---|---|
| Banc of California | clientcarecenter@bancofcal.com<br>treasury.management@bancofcal.com |
| Corporation Service Company | uccsprep@cscinfo.com |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# **Exhibit H**



**Exhibit H**
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Banc of California | | 3 MacArthur Place | Santa Ana | CA | 92707 |
| Enterprise Bank & Trust | Attn: Durene Sarmiento | 17785 Center Court Drive N. | Cerritos | CA | 90703 |
| Nano Banc | Attn: Natalie Sedano | 7755 Irvine Center Dr Floor 3 | Irvine | CA | 92618 |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# **Exhibit I**



**Exhibit I**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Banc of California | | clientcarecenter@bancofcal.com<br>treasury.management@bancofcal.com |
| Enterprise Bank & Trust | Attn: Durene Sarmiento | cso@enterprisebank.com<br>dsarmiento@enterprisebank.com |
| Nano Banc | Attn: Natalie Sedano | mpendergrast@nanobanc.com<br>pb@nanobanc.com<br>nsedano@nanobanc.com |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1