## EXHIBIT B

### List of Directors and Officers

1. The proposed sole director of the Reorganized Debtor is:
    a. Andrew S. Price

2. The proposed officers of the Reorganized Debtor are:
    a. Andrew S. Price – President and Secretary
    b. Andrew S. Price – Chief Financial Officer