# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

### *AMENDED*[2] NOTICE OF AGENDA FOR HEARING
### ON MARCH 24, 2025 AT 1:00 P.M. (ET)[3]

> **This proceeding will be conducted in-person.**
> **Counsel is expected to appear in person and all other parties**
> **are permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Shannon's Chambers Procedures**
> **(https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the**
> **Court's website (http://www.deb.uscourts.gov/ecourt-appearances)**
> **for information on who may participate remotely, the method of allowed**
> **participation (video or audio), Judge Shannon's expectations of**
> **remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day**
> **before the hearing unless otherwise noticed using the**
> ***eCourtAppearances* tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: https://cases.stretto.com/momca.

**MATTER GOING FORWARD:**

1. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 89 – filed on March 19, 2025]

    Response/Objection Deadline:  March 24, 2025 at 1:00 p.m. (ET).

    Responses Received:

    a. **Informal comments from the Office of the United States Trustee for the District of Delaware**

    b. **Objection of Mohammad Honarkar and 4G Wireless, Inc. to Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 96 – filed on March 21, 2025]**

    c. **Reservation of Rights of The Picerne Group, Inc. in Connection With the Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 103 – filed on March 23, 2025]**

    d. **Limited Objection of Banc of California to Debtors' Motion Authorizing Postpetition Financing [Docket No. 104 – filed on March 23, 2025]**

    Related Documents:

    a. **Re-Notice of Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 91 – filed on March 20, 2025]**

    Status:  This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

<table>
<tr><td>

Dated: March 2**4**, 2025
      Wilmington, Delaware

Jeffrey K. Garfinkle (admitted *pro hac vice*)
Rebecca Wicks (admitted *pro hac vice*)
**BUCHALTER, A PROFESSIONAL CORPORATION**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Email: jgarfinkle@buchalter.com
      rwicks@buchalter.com

-and-

J. Leland Murphree admitted (*pro hac vice*)
John T. Baxter (admitted *pro hac vice*)
**BUCHALTER, A PROFESSIONAL CORPORATION**
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (629) 224-6600
Email: lmurphree@buchalter.com
      jbaxter@buchalter.com

-and-

Khaled Tarazi (admitted *pro hac vice*)
**BUCHALTER, A PROFESSIONAL CORPORATION**
15279 N. Scottsdale Road, Suite 400
Scottsdale, Arizona 85254-2659
Telephone: (480) 383-1800
Email: ktarazi@buchalter.com

</td><td>

Respectfully submitted,

*/s/ Gregory J. Flasser*
Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
R. Stephen McNeill (No. 5210)
Gregory J. Flasser (No. 6154)
Ethan H. Sulik (No. 7270)
Sarah R. Gladieux (No. 7404)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
      astulman@potteranderson.com
      rmcneill@potteranderson.com
      gflasser@potteranderson.com
      esulik@potteranderson.com
      sgladieux@potteranderson.com

</td></tr>
</table>

*Proposed Counsel to the Debtors and Debtors in Possession*