# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco, LLC, et al.,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF JENNIFER R. TULLIUS

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jennifer R. Tullius to represent PMF CA REIT, LLC in the above captioned case.

Dated: March 26, 2025
Wilmington, Delaware

*/s/ Ann M. Kashishian*
Ann M. Kashishian (No. 5622)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
500 Delaware Ave., Suite 700
Wilmington, DE 19801
Phone: (302) 985-6000
E-Mail: ann.kashishian@lewisbrisbois.com

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the state of California, and submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 01/01/24. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: March 26, 2025                   */s/ Jennifer R. Tullius*
                                        Jennifer R. Tullius
                                        **TULLIUS LAW GROUP**
                                        515 S. Flower Street, 18th Floor
                                        Los Angeles, CA 90071
                                        Phone: 213-291-9481
                                        Email: jtullius@tulliuslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that, pursuant to Local Bankruptcy Rule 9010, the motion is granted