# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 8, 83, & 89** |

## NOTICE OF FILING OF 13-WEEK CASH FLOW BUDGETS

**PLEASE TAKE NOTICE** that on March 11, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 8] (the "Cash Collateral Motion");

**PLEASE TAKE FURTHER NOTICE** that on March 19, 2025, the Court entered an order approving the Cash Collateral Motion on an interim basis [Docket No. 83];

**PLEASE TAKE FURTHER NOTICE** that on March 19, 2025, the Debtors filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief* [Docket No. 89];

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit A</u>** are 13-week cash flow budgets prepared by the Debtors' professionals covering the period from the week of March 28, 2025 to June 20, 2025.

| | |
|---|---|
| Dated: March 27, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Aaron H. Stulman* |
| Jeffrey K. Garfinkle (admitted *pro hac vice*)<br>Rebecca Wicks (admitted *pro hac vice*)<br>**BUCHALTER, A PROFESSIONAL CORPORATION**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: (949) 760-1121<br>Email: jgarfinkle@buchalter.com<br>          rwicks@buchalter.com | Christopher M. Samis (No. 4909)<br>Aaron H. Stulman (No. 5807)<br>R. Stephen McNeill (No. 5210)<br>Gregory J. Flasser (No. 6154)<br>Ethan H. Sulik (No. 7270)<br>Sarah R. Gladieux (No. 7404)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>          astulman@potteranderson.com<br>          rmcneill@potteranderson.com<br>          gflasser@potteranderson.com<br>          esulik@potteranderson.com<br>          sgladieux@potteranderson.com |
| -and-<br><br>J. Leland Murphree admitted (*pro hac vice*)<br>John T. Baxter (admitted *pro hac vice*)<br>**BUCHALTER, A PROFESSIONAL CORPORATION**<br>1 Music Circle South, Suite 300<br>Nashville, TN 37203<br>Telephone: (629) 224-6600<br>Email: lmurphree@buchalter.com<br>          jbaxter@buchalter.com | |
| -and-<br><br>Khaled Tarazi (admitted *pro hac vice*)<br>**BUCHALTER, A PROFESSIONAL CORPORATION**<br>15279 N. Scottsdale Road, Suite 400<br>Scottsdale, Arizona 85254-2659<br>Telephone: (480) 383-1800<br>Email: ktarazi@buchalter.com | |

*Proposed Counsel to the Debtors and Debtors in Possession*