# **EXHIBIT A**

Specialty DIP, LLC Disclosures

**Specialty DIP, LLC Disclosures**

| Member | Manager | Officer of Specialty DIP | Funding participant in the DIP Loan/ Amount funded | Named Party in Arbitration | Guarantor of Bank Debt | Relationship with Continuum Analytics, Inc. |
|---|---|---|---|---|---|---|
| Paramdeep Bhasin (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
| Jaspreet Panesar (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
| Bhajneet Malik (Class A and Class B) | Sole Manager of Specialty DIP, LLC | | Yes | No | Yes | Invested in Real Estate Deals presented by Continuum |
| Andrew Stupin (Class B) | | | Committed | Yes | Yes | Invested in Real Estate Deals presented by Continuum |

| Member | Manager | Officer of Specialty DIP | Funding participant in the DIP Loan/ Amount funded | Named Party in Arbitration | Guarantor of Bank Debt | Relationship with Continuum Analytics, Inc. |
|---|---|---|---|---|---|---|
| Paramdeep Bhasin (Ultimate Member through an LLC) (Class B) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
| Jaspreet Panesar (Ultimate Member through an LLC) (Class B) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
| Jatinder Pruthi (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |

2

| Member | Manager | Officer of Specialty DIP | Funding participant in the DIP Loan/ Amount funded | Named Party in Arbitration | Guarantor of Bank Debt | Relationship with Continuum Analytics, Inc. |
|---|---|---|---|---|---|---|
| Navneet Pruthi (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
| | | Mahender Makhijani, Vice President- [his authority is limited to advising on terms of DIP Term Sheet; cannot bind the DIP Lender to any obligation] | | Yes | No | |

3