## **EXHIBIT A**

Specialty DIP, LLC Disclosures

## Specialty DIP, LLC Disclosures[1]

| Member | Manager | Officer of Specialty DIP | Funding participant in the DIP Loan | Named Party in Arbitration | Guarantor of Bank Debt | Relationship with Continuum Analytics, Inc. |
| --- | --- | --- | --- | --- | --- | --- |
| Paramdeep Bhasin (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
| Jaspreet Panesar (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
| Bhajneet Malik (Class A and Class B) | Sole Manager of Specialty DIP, LLC | | Yes (Class A) / Committed (Class B) | No | Yes | Invested in Real Estate Deals presented by Continuum |
| Andrew Stupin (Class B) | | | Committed | Yes | Yes | Invested in Real Estate Deals presented by Continuum |

---

[1] Alterations herein are limited to correcting funding participation status of Class B members and to disclose Mahender Makhijani's employment status with Continuum Analytics, Inc.

| Paramdeep Bhasin (Ultimate Member through an LLC) (Class B) | | | Committed | No | No | Invested in Real Estate Deals presented by Continuum |
|---|---|---|---|---|---|---|
| Jaspreet Panesar (Ultimate Member through an LLC) (Class B) | | | Committed | No | No | Invested in Real Estate Deals presented by Continuum |
| Jatinder Pruthi (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |

| Navneet Pruthi (Ultimate Member through an LLC) (Class A) | | | Yes | No | No | Invested in Real Estate Deals presented by Continuum |
|---|---|---|---|---|---|---|
| | | Mahender Makhijani, Vice President- [his authority is limited to advising on terms of DIP Term Sheet; cannot bind the DIP Lender to any obligation] | | | | Employee |