# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

### *SECOND* AMENDED[2] NOTICE OF AGENDA[3] FOR HEARING ON MARCH 31, 2025 AT *1:00 P.M.* (ET)[4]

> **This proceeding will be conducted in-person.
> Delaware counsel is expected to appear in person and all
> other parties are permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Shannon's Chambers Procedures
> (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the
> Court's website (http://www.deb.uscourts.gov/ecourt-appearances)
> for information on who may participate remotely, the method of allowed
> participation (video or audio), Judge Shannon's expectations of
> remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day
> before the hearing unless otherwise noticed using the
> *eCourtAppearances* tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229].  The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: https://cases.stretto.com/momca.

[4] **Please note that the time of the hearing has been changed from 11:00 a.m. (ET) to 1:00 p.m. (ET).**

**MATTERS GOING FORWARD:**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 8 - filed on March 11, 2025]

    Response/Objection Deadline: March 24, 2025 at 4:00 p.m. (ET). Extended to March 26, 2025 at 12:00 p.m. (ET) solely with respect to PMF CA REIT, LLC, Enterprise Bank and Trust, Wilshire Quinn Income Fund, LLC, Lone Oak Mortgage Fund, LLC, Preferred Bank, The Picerne Group, Inc., and Banc of California.

    Responses Received:

    a. Omnibus Limited Objection and Reservation of Rights of Mohammad Honarkar and 4G Wireless, Inc. to First Day Motions [Docket No. 31 – filed on March 13, 2025]

    b. Objection of Enterprise Bank & Trust to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 40 – filed on March 13, 2025]

    c. Lone Oak Fund, LLC's Limited Objection and Reservation of Rights to the Debtors' Motion for Entry of Final Order (I) Authorizing Use of Post-Petition Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 107 – filed on March 24, 2025]

    d. Wilshire Quinn Income Fund, LLC's Objection to the Debtors' Motion for Entry of Final Orders (I) Authorizing Use of Post-Petition Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 110 – filed on March 24, 2025]

    e. Preferred Bank's Objection to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 128 – filed on March 26, 2025]

Related Documents:

a. Declaration of Mark Shinderman in Support of Petitions and First Day Motions [Docket No. 11 - filed on March 11, 2025]

b. Certification of Counsel Regarding Revised Proposed Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 67 – filed on March 17, 2025]

b. Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 83 – entered on March 19, 2025]

c. Notice of Entry of Interim Order and Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 85 - filed on March 19, 2025]

d. Notice of Filing of 13 Week Cash Flow Budgets [Docket No. 135 – filed on March 27, 2025]

e. Certification of Counsel Regarding Second Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 145 – filed on March 28, 2025]

f. Amended Declaration of Mark Shinderman in Support of Petitions and First Day Motions [Docket No. 152 – filed on March 28, 2025]

Status: The Debtors have submitted a proposed order under certification of counsel. This matter is going forward.

2. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 89 – filed on March 19, 2025]

Response/Objection Deadline: March 24, 2025 at 1:00 p.m. (ET).

Responses Received:

a. Informal comments from the Office of the United States Trustee for the District of Delaware

b. Objection of Mohammad Honarkar and 4G Wireless, Inc. to Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 96 – filed on March 21, 2025]

c. Reservation of Rights of The Picerne Group, Inc. in Connection With the Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 103 – filed on March 23, 2025]

d. Limited Objection of Banc of California to Debtors' Motion Authorizing Postpetition Financing [Docket No. 104 – filed on March 23, 2025]

e. Preferred Bank's Opposition to Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 108 – filed on March 24, 2025]

f. Debtors' Reply in Support of DIP Motion [Docket No. 147 - filed on March 28, 2025]

g. Notice of Specialty DIP, LLC Disclosures [Docket No. 148 – filed on March 28, 2025]

**h. Corrected Notice of Specialty DIP, LLC Disclosures [Docket No. 158 – filed on March 30, 2025]**

**i. Objection of Banc of California to Debtors' Motion Authorizing Postpetition Financing [Docket No. 159 – filed on March 30, 2025]**

**j. Informal comments from Enterprise Bank**

Related Documents:

a. Re-Notice of Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 91 – filed on March 20, 2025]

b. Certification of Counsel Regarding Bridge Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing and (II) Granting Related Relief [Docket No. 112 – filed on March 25, 2025]

c. Bridge Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing and (II) Granting Related Relief [Docket No. 114 – entered on March 25, 2025]

    d. Notice of Filing of 13 Week Cash Flow Budgets [Docket No. 135 – filed on March 27, 2025]

    **e.** **Supplemental Declaration of Mark Shinderman in Support of Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Granting Related Relief [Docket No. 157 – filed on March 30, 2025]**[5]

    f. Notice of Filing of Revised Interim DIP Order [Docket No. 149 - filed on March 28, 2025]

    g. Motion of the Debtors for Leave to File and Serve a Late Reply in Support of the Debtors' DIP Financing Motion [Docket No. 150 – filed on March 28, 2025]

  Status: **The Debtors believe that the responses received from the Picerne Group and Enterprise Bank are resolved by revisions to the proposed order. The Debtors are working with the Honarkar Parties, U.S. Trustee, Preferred Bank, and Banc of California to resolve their responses.** This matter is going forward.

3. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants and 503(b)(9) Claims; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 138 – filed on March 27, 2025]

  Response Deadline: At the Hearing

  Responses Received: **Informal Comments from the U.S. Trustee**

  Related Documents:

    a. Debtors' Motion for an Order Shortening and Limiting Notice with Respect to the Debtors' Insurance and Critical Vendor Motions [Docket No. 140 – filed on March 27, 2025]

    b. Order Shortening Notice With Respect to Debtors' Insurance and Critical Vendor Motions [Docket No. 144 – entered on March 28, 2025]

    c. Notice of Hearing on (A) Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants and 503(b)(9) Claims; (II) Authorizing Banks

---

[5] The Supplemental Declaration filed at Docket No. 142 contained a factual error and, therefore, was withdrawn at Docket No. 156 prior to filing the corrected version at Docket No. 157.

>   to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief and (B) Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Programs and Pay All Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, or Enter Into New Insurance Programs; (II) Authorizing all Banks to Honor Payments of Insurance Obligations; and (III) Granting Related Relief [Docket No. 153 – filed on March 28, 2025]

Status: **The Debtors have resolved the U.S. Trustee's informal comments by revisions to the proposed order.** This matter is going forward.

4. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Programs and Pay All Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, or Enter Into New Insurance Programs; (II) Authorizing all Banks to Honor Payments of Insurance Obligations; and (III) Granting Related Relief [Docket No. 139 – filed on March 27, 2025]

   Response Deadline:   At the Hearing

   Responses Received: **Informal Comments from the U.S. Trustee**

   Related Documents:

   a. Debtors' Motion for an Order Shortening and Limiting Notice with Respect to the Debtors' Insurance and Critical Vendor Motions [Docket No. 140 – filed on March 27, 2025]

   b. Order Shortening Notice With Respect to Debtors' Insurance and Critical Vendor Motions [Docket No. 144 – entered on March 28, 2025]

   c. Notice of Hearing on (A) Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants and 503(b)(9) Claims; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief and (B) Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Programs and Pay All Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, or Enter Into New Insurance Programs; (II) Authorizing all Banks to Honor Payments of Insurance Obligations; and (III) Granting Related Relief [Docket No. 153 - filed on March 28, 2025]

   Status: **The Debtors have resolved the U.S. Trustee's informal comments by revisions to the proposed order.** This matter is going forward.

Dated: March **31**, 2025

Respectfully submitted,

*/s/ Aaron H. Stulman*
Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
R. Stephen McNeill (No. 5210)
Gregory J. Flasser (No. 6154)
Ethan H. Sulik (No. 7270)
Sarah R. Gladieux (No. 7404)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
 astulman@potteranderson.com
 rmcneill@potteranderson.com
 gflasser@potteranderson.com
 esulik@potteranderson.com
 sgladieux@potteranderson.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

12145968v.3