# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned cases:

| **Date & Time** | **Location** |
|---|---|
| May 1, 2025 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom No. 1<br>Wilmington, Delaware 19801 |

**Dated: April 15, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [831_], _____ [7332], Hotel Laguna, LLC [9580], 4110 West _____, Laguna HI, LLC [6408], Laguna HW, LLC [947_], _____ [3229], and Terra Laguna Beach, Inc. [2344] (int_____ Cent_____ Suite ___, _____port Beach, CA 92660.