**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING STIPULATION**
**BY AND AMONG THE DEBTORS AND THE HONARKAR PARTIES**
**REGARDING RESOLUTION OF SEVERAL CONTESTED MATTERS**

This Court having considered the *Stipulation by and among the Debtors and the Honarkar Parties Regarding Resolution of Several Contested Matters* (the "Stipulation")[2] between the above-captioned debtors and debtors in possession (the "Debtors") and the Mohammad Honarkar and 4G Wireless, Inc. (collectively, the "Honarkar Parties," and with the Debtors, the "Parties"), attached hereto as **Exhibit 1**, and the Court having determined that good and adequate cause exists for approval of the Stipulation; and upon submission of this Order under certification filed by counsel for the Debtors;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The terms and conditions of this Order shall be immediately enforceable and

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Stipulation.

effective upon its entry.

3. The Court retains jurisdiction over any and all issues arising from or related to the implementation or interpretation of this Order.

**Dated: May 9th, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**