# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 402 |

## NOTICE OF SUCCESSFUL BIDDER WITH RESPECT TO THE TESORO PROPERTY

**PLEASE TAKE NOTICE** that, on May 15, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A)(I) Approving Bidding Procedures for Tesoro Property, (II) Scheduling the Bid Deadlines,(III) Scheduling Hearings and Objection Deadlines with Respect to the Sale of the Tesoro Property, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief; and (B)(I) Approving the Sale of the Tesoro Property Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 402] (the "Bidding Procedures Order")[2] approving, among other things, the implementation of procedures by which the Debtors are authorized to solicit bids and sell (the "Sale") certain real property (the "Tesoro Property") owned by Debtor Tesoro Redlands DE, LLC ("Tesoro").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors, in their reasonable business judgment, pursuant to the Bidding Procedures, designate Patrick Theodora as the Successful Bidder for the Tesoro Property.

**PLEASE TAKE FURTHER NOTICE** that the purchase and sale agreement for the Successful Bid is attached hereto as **Exhibit A** (the "PSA") and provides, among other things, cash consideration in the amount of $55,000,000 in exchange for the Tesoro Property.

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Sale is scheduled for **June 10, 2025 at 10:00 a.m. (prevailing Eastern Time)** (the "Sale Hearing") before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Motion [Docket No. 280], the Bidding Procedures [Docket No. 402-1], the Bidding Procedures Order [Docket No. 1402], and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://cases.stretto.com/MOMCA, or can be requested by calling the Debtors' claims and noticing agent, Stretto, at 855.559.0596 (Toll-Free) or 720.739.6551 (International).

Dated: June 2, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
R. Stephen McNeill (No. 5210)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
astulman@potteranderson.com
rmcneill@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com

*Counsel to the Debtors and Debtors in Possession*