IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING STIPULATION BY AND AMONG THE DEBTORS AND THE HOTEL LAGUNA GROUND LESSOR EXTENDING THE TIME IN WHICH THE DEBTORS MAY ASSUME OR REJECT THE HOTEL LAGUNA GROUND LEASE**

This Court having considered the *Stipulation by and among the Debtors and the Hotel Laguna Ground Lessor Extending the Time in which the Debtors May Assume or Reject the Hotel Laguna Ground Lease* (the "Stipulation")[2] between the above-captioned debtors and debtors in possession (the "Debtors") and E.W. Merritt Farms (the "Ground Lessor," and together with the Debtors, the "Parties"), attached hereto as **Exhibit 1**, and the Court having determined that good and adequate cause exists for approval of the Stipulation; and upon submission of this Order under certification filed by counsel for the Debtors;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The terms and conditions of this Order shall be immediately enforceable and

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Stipulation.

2

effective upon its entry.

      3.      The Court retains jurisdiction over any and all issues arising from or related to the implementation or interpretation of this Order.

**Dated: July 22nd, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2