IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOM CA Investco LLC, *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10321 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 11, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Third Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors In Possession for the Period May 1, 2025 Through May 31, 2025** (Docket No. 732)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660. For purposes of this representation, Hotel Laguna, LLC is represented solely by Potter Anderson & Corroon LLP and is not represented by Buchalter, A Professional Corporation.

- **Fourth Monthly Application of otter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors and Debtors In Possession for the Period from June 11, 2025 Through June 31, 2025** (Docket No. 733)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 14, 2025

*Monica Balos*
Monica Balos

State of Colorado    )
                     ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 14th day of August 2025 by Monica Balos.

*Briannica Briggs*
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Counsel to the Debtors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Aaron H. Stulman, and R. Stephen McNeill | csamis@potteranderson.com<br>astulman@potteranderson.com<br>rmcneill@potteranderson.com |
| Mohammad Honarkar and 4G Wireless, Inc | c/o Polsinelli PC | Attn: Christopher A. Ward, Shanti M. Katona, and Stephen A. Smith | cward@polsinelli.com<br>skatona@polsinelli.com<br>sasmith@polsinelli.com |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates/Benjamin A. Hackman | | ustpregion03.wl.ecf@usdoj.gov<br>malcolm.m.bates@usdoj.gov<br>benjamin.a.hackman@usdoj.gov |

In re: MOM CA Investco LLC, et al..
Case No. 25-10321 (BLS)

1 of 1