IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOM CA Investco LLC, *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10321 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 12, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing on August 14, 2025 at 1:30 P.M. (ET)** (Docket No. 736)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660. For purposes of this representation, Hotel Laguna, LLC is represented solely by Potter Anderson & Corroon LLP and is not represented by Buchalter, A Professional Corporation.

       Furthermore, on August 12, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Combined First Monthly Application of Bienert Katzman Littrell Williams LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors and Debtors In Possession for the Period from April 11, 2025 Through July 31, 2025** (Docket No. 737)

       In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 14, 2025

                                                               *Monica Balos*
                                                                 Monica Balos

State of Colorado    )
                       ) SS.
County of  Arapahoe )

Subscribed and sworn before me this 14th day of August 2025 by Monica Balos.

*Briannica Briggs*
(Notary's official signature)

> BRIANNICA BRIGGS
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20254000467
> MY COMMISSION EXPIRES JAN. 07, 2029

# **<u>Exhibit A</u>**

Document Ref: 7CE8R-W8D8W-PB9MG-5RDRL



# Exhibit A
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Allen Matkins | Attn: Legal Dept | 865 S Figueroa St Suite 2800 | Los Angeles | CA | 90017 |
| Bpm LLP | Attn: Legal Dept | 2001 N Main St Suite 360 | Walnut Creek | CA | 94596 |
| CA Office of the Attorney General | Attn: Attorney General | PO Box 944255 | Sacramento | CA | 94244-2550 |
| Cal Star Services | Attn: Legal Dept | PO Box 1172 | Loma Linda | CA | 92354 |
| Camacho's Plumbing and Welding | Attn: Legal Dept | 5590 W Mission Blvd | Ontario | CA | 91762 |
| Cantor Group IV LLC | Attn: Legal Dept | 520 Newport Center Dr Suite 480 | Newport Beach | CA | 92660 |
| Cantor Group V LLC | Attn: Legal Dept | 520 Newport Center Dr Suite 480 | Newport Beach | CA | 92660 |
| CGS3 Law | Attn: Dorothy Groza | 12750 High Bluff Dr Suite 250 | San Diego | CA | 92130 |
| Coastline Santa Monica Investments | Attn: Legal Dept | 520 Newport Center Dr Suite 480 | Newport Beach | CA | 92660 |
| D&D Wholesale | Attn: Legal Dept | 777 Baldwin Park Blvd | City of Industry | CA | 91746 |
| DE Department of Justice | Attn: Attorney General | 820 N French St, Carvel State Office Building | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Division of Corporations | PO Box 5509 | Binghamton | NY | 13902 |
| DE State Treasury | Attn: Legal Department | 820 Silver Lake Blvd Suite 100 | Dover | DE | 19904 |
| Fuscoe | Attn: Legal Dept | 15535 Sand Canyon Ave | Irvine | CA | 92618-3114 |
| Internal Revenue Service (IRS) | Attn: Centralized Insolvency | 1111 Constitution Ave NW | Washington | DC | 20224 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 9941 Stop 6552 | Ogden | UT | 84409-0941 |
| International Marine Products Inc | Attn: Legal Dept | 3020 E Washington Blvd | Los Angeles | CA | 90023 |
| Kendall Brill & Kelly LLP | Attn: Legal Dept | 10100 Santa Monica Blvd, Ste 2500 | Los Angeles | CA | 90067-4116 |
| Liberty Landscaping Inc | Attn: Legal Dept | 5212 El Rivino Rd | Riverside | CA | 92509 |
| My Laguna Stay Inc | Attn: Legal Dept | 24351 Armada Dr | Dana Point | CA | 92629 |
| Newport Meat Company | Attn: Legal Dept | PO Box 19726 | Irvine | CA | 92623 |
| Office of UST for District of DE | Attn: Malcolm M. Bates | 844 King St Suite 2207 Lockbox #35 | Wilmington | DE | 19801 |
| Office US Attorney District of DE | Attn: U.S. Attorney | 1313 N Market St, PO Box 2046 | Wilmington | DE | 19801 |
| Pacific High Yield Fund 1 LLC | Attn: Legal Dept | 1161 S Garfield Avenue #300 | Alhambra | CA | 91801-5432 |
| Prenovost Normandin | Attn: Legal Dept | 2122 N Broadway Suite 200 | Santa Ana | CA | 92706 |
| ProLine Electrical Contractors Inc | Attn: Legal Dept | 360 E 1st St #169 | Tustin | CA | 92780 |
| Reece Bath & Kitchen | Attn: Legal Dept | PO Box 740039 | Los Angeles | CA | 90074-0039 |
| Regal Court Reporting | Attn: Legal Dept | 1551 N Tustin Ave #750 | Santa Ana | CA | 92705 |
| Santa Monica Seafood Company | Attn: Legal Dept | 18531 S Broadwick St | Rancho Dominguez | CA | 90220 |
| Securities & Exchange Commission | Attn: Regional Director | 100 F St NE | Washington | DC | 20549 |
| Securities & Exchange Commission | Attn: Regional Director | 100 Pearl St Suite 20-100 | New York | NY | 10004-2616 |
| Securities & Exchange Commission | Attn: Regional Director | 200 Vesey St Suite 400, NY Regional Office Brookfield Place | New York | NY | 10281-1022 |

In re: MOM CA Investco LLC, et al..
Case No. 25-10321 (BLS)

1 of 2



# Exhibit A
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Smart Key Locksmith | Attn: Legal Dept | 25211 Sunnymead Blvd Suite C-4 | Moreno Valley | CA | 92553 |
| Southern California Grading | Attn: Legal Dept | 16291 Construction Circle E Ste A | Irvine | CA | 92606 |
| Standard Air Mechanical Inc | Attn: Legal Dept | PO Box 5803 | Norco | CA | 92860 |
| SureTech Insurance Company | Attn: Legal Dept | 2103 City West Blvd Suite 1300 | Houston | TX | 77042 |
| The Chef's Warehouse West Coast LLC | Attn: Legal Dept | PO Box 601154 | Pasadena | CA | 91189-1154 |
| Traker Development | Attn: Legal Dept | 260 Newport Center Dr Suite 410 | Newport Beach | CA | 92660 |
| Trend Systems Group | Attn: Legal Dept | 2126 S Standard Ave | Santa Ana | CA | 92708 |
| US Foods | Attn: Legal Dept | File 6993 | Los Angeles | CA | 90074-6993 |
| Vierergruppe Management Inc | Attn: Legal Dept | 1932 E Deere Ave Suite 150 | Santa Ana | CA | 92705 |
| Worldwide Produce | Attn: Legal Dept | PO Box 745159 | Los Angeles | CA | 90074-5159 |

In re: MOM CA Investco LLC, et al..
Case No. 25-10321 (BLS)

# **<u>Exhibit B</u>**

Document Ref: 7CE8R-W8D8W-PB9MG-5RDRL



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A&S Accounting Solutions | | | audra@asaccountingsolutions.com |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Michael Farrell, Scott Leipzig, Tim Hsu, Stephanie Roberts, Gabriela Perez, and Matt Marino | | mfarrell@allenmatkins.com<br>mmarino@allenmatkins.com |
| Banc of California | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill, Edward A. Corma | joneill@pszjlaw.com<br>ecorma@pszjlaw.com |
| Banc of California | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Richard M. Pachulski, Ira D. Kharasch | rpachulski@pszjlaw.com<br>ikharasch@pszjlaw.com |
| BPM LLP | | | mduggans@bpmcpa.com |
| Cal Star Services | | | info@calstar.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Camacho's Plumbing and Welding | Attn: Moises Camacho | | jose@camachorepair.com |
| Cantor Group IV LLC | Attn: Deba Shyam | | cantorgroupiv@gmail.com<br>deba@continuumanalytics.com |
| Cantor Group V LLC | | | cantorgroupv@gmail.com |
| Coastline Santa Monica Investments LLC | | | coastlinesantamonica@outlook.com |
| D&D Wholesale | | | ddwholesaler@gmail.com |
| Delaware Department of Justice | Attn: Attorney General | | attorney.general@state.de.us<br>attorney.general@delaware.gov |
| Delaware Secretary of State | Delaware Division of Corporations | | jennifer.noel@delaware.gov |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: David L. Going | dgoing@atllp.com |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: Eric M. Sutty | esutty@atllp.com |
| Fuscoe | | | ar-invoices@fuscoe.com |
| International Marine Products Inc. | | | order@intmarine.com |
| Kendall Brill & Kelly LLP | | | mender@kbkfirm.com |
| Liberty Landscaping, Inc. | | | office@libertylandscaping.com |
| Lone Oak Mortgage Fund, LLC | c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron, Esq. | saron@wrslawyers.com |
| Merritt Farms | c/o Wagner Jones Helser | Attn: Riley C. Walter, Ian J. Quinn | rwalter@wjhattorneys.com<br>ribtecf@wjhattorneys.com<br>iquinn@wjhattorneys.com |
| Mohammad Honarkar and 4G Wireless, Inc | c/o Polsinelli PC | Attn: Christopher A. Ward, Shanti M. Katona, and Stephen A. Smith | cward@polsinelli.com<br>skatona@polsinelli.com<br>sasmith@polsinelli.com |
| Mohammad Honarkar and 4G Wireless, Inc. | c/o Polsinelli PC | Attn: Elisa Hyder, Esq. | ehyder@polsinelli.com |
| My Laguna Stay Inc. | | | vacation@everydaylux.com |
| Newport Meat Company | | | tonys@newportmeat.com |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates/Benjamin A. Hackman | | ustpregion03.wl.ecf@usdoj.gov<br>malcolm.m.bates@usdoj.gov<br>benjamin.a.hackman@usdoj.gov |

In re: MOM CA Investco LLC, et al..
Case No. 25-10321 (BLS)

1 of 2



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| PMF CA REIT, LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Ann M. Kashishian | ann.kashishian@lewisbrisbois.com |
| PMF CA REIT, LLC | c/o Tullius Law Group | Attn: Jennifer R. Tulliu | jtullius@tulliuslaw.com |
| Preferred Bank | c/o Frandzel Robins Bloom & Csato LC | Attn: Michael J. Gomez, Gerrick Warrington | mgomez@frandzel.com<br>gwarrington@frandzel.com |
| Preferred Bank | c/o Gellert Seitz Busenkell & Brown LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| Prenovost Normandin | Attn: Tom R. Normandin | | tnormandin@pnbd.com |
| Pro-Line Electrical Contractors, Inc. | | | info@prolineelectrical.com |
| Reece Bath & Kitchen | | | ecomsupport@reece.com |
| Regal Court Reporting | | | info@regalcourtreporting.com |
| Santa Monica Seafood Company | | | orders@smseafood.com |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | hardym@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Smart Key Locksmith | | | smartkeylocksmiths@yahoo.com |
| Southern California Grading | | | estimating@socalgrading.com |
| Standard Air Mechanical, Inc. | | | felix96@live.com |
| SureTech Insurance Company | | | zoe.zuo@amwins.com |
| The Chef's Warehouse West Coast LLC | | | chef@chefswarehouse.com |
| The Picerne Group, Inc. | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Avery Jue Meng | rdehney@morrisnichols.com<br>ameng@morrisnichols.com |
| The Picerne Group, Inc. | c/o Paul Hastings LLP | Attn: Roger G. Schwartz, Douglass Barron, Ezra Sutton | rogerschwartz@paulhastings.com<br>douglassbarron@paulhastings.com<br>ezrasutton@paulhastings.com |
| Traker Development | | | jim_trammell@yahoo.com |
| Trend Systems Group | | | reice@trendsystems.net |
| US Foods, Inc. | | | tradeinvoices@usfoods.com |
| Vierergruppe Management Inc. | | | brian@vgruppemanagement.com |
| Wilshire Quinn Income Fund REIT, LLC | c/o Ghidotti Berger, LLP | Attn: Kelsey Luu | mbrooks@ghidottiberger.com<br>bknotifications@ghidottiberger.com |
| Wilshire Quinn Income Fund, LLC | c/o Stern & Eisenberg, PC | Attn: Daire J. Pyle | de_foreclosure@sterneisenberg.com |
| Worldwide Produce | | | shawnb@wwproduce.com |

In re: MOM CA Investco LLC, et al..
Case No. 25-10321 (BLS)

2 of 2

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Counsel to the Debtors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Aaron H. Stulman, and R. Stephen McNeill | csamis@potteranderson.com astulman@potteranderson.com rmcneill@potteranderson.com |
| Mohammad Honarkar and 4G Wireless, Inc | c/o Polsinelli PC | Attn: Christopher A. Ward, Shanti M. Katona, and Stephen A. Smith | cward@polsinelli.com skatona@polsinelli.com sasmith@polsinelli.com |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates/Benjamin A. Hackman | | ustpregion03.wl.ecf@usdoj.gov malcolm.m.bates@usdoj.gov benjamin.a.hackman@usdoj.gov |

In re: MOM CA Investco LLC, et al..
Case No. 25-10321 (BLS)

1 of 1