IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 611** |

## ORDER DISMISSING CHAPTER 11 CASES

Upon consideration of the *Emergency Motion of Mohammad Honarkar and 4G Wireless, Inc. for Entry of an Order Dismissing or Converting the Chapter 11 Cases Pursuant to 11 U.S.C. § 1112(b)* (the "Motion")[2] and the arguments made at the hearings on the Motion on August 14, 2025 and August 18, 2025; and the Court finding that due and sufficient notice of the Motion has been given; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this matter being a core proceeding under 28 U.S.C. § 157(b)(2); and venue of this matter being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having held a hearing on the Motion and all objections and other responses thereto; and after due deliberation and sufficient cause appearing therefor; and the Court finding that, based

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

12421807v.2

upon the record and all of the proceedings had before the Court, good cause exists for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases[3] are hereby dismissed, *provided however*, the Chapter 11 Case of Debtor Terra Laguna Beach, Inc. shall be dismissed as of August 30, 2025.

3. As of the date of the entry of this Order, the Chief Restructuring Officer and Independent Manager of the Debtors shall be deemed to have resigned from those positions and shall have no further obligations to the Debtors, provided however, such resignations shall be effective as of August 30, 2025 in relation to Debtor Terra Laguna Beach, Inc.

4. All professionals retained in the Chapter 11 Cases (the "Professionals") shall file final fee applications (the "Final Fee Applications") for fees incurred in the Chapter 11 Cases within twenty-one (21) days following entry of this Order, for which the Debtors are severally and jointly liable. Any objections to the Final Fee Applications shall be filed and served on counsel for the Debtors and the Professional submitting the application to which an objection is being filed, by the date that is seven (7) days prior to the hearing on the Final Fee Applications (the "Final Fee Hearing") at 4:00 p.m. (Eastern Time). The Court will hold the Final Fee Hearing, if necessary,

---

[3] For the avoidance of doubt, as used herein, the "Chapter 11 Cases" mean the bankruptcy cases of each of MOM CA Investco LLC (Case No. 25-10321), MOM AS Investco LLC (Case No. 25-10322), MOM BS Investco LLC (Case No. 25-10323), Retreat at Laguna Villas, LLC (Case No. 25-10432), Sunset Cove Villas, LLC (Case No. 25-10433), Duplex at Sleepy Hollow, LLC (Case No. 25-10434), Cliff Drive Properties DE, LLC (Case No. 25-10435), 694 NCH Apartments, LLC (Case No. 25-10436), Heisler Laguna, LLC (Case No. 25-10437), Laguna Festival Center, LLC (Case No. 25-10438), 891 Laguna Canyon Road, LLC (Case No. 25-10439), 777 AT Laguna, LLC (Case No. 25-10440), Laguna Art District Complex, LLC (Case No. 25-10441), Tesoro Redlands DE, LLC (Case No. 25-10442), Aryabhata Group LLC (Case No. 25-10444), Hotel Laguna, LLC (Case No. 25-10445), 4110 West 3rd Street DE, LLC (Case No. 25-10446), 314 S. Harvard DE, LLC (Case No. 25-10447), Laguna HI, LLC (Case No. 25-10448), Laguna HW, LLC (Case No. 25-10449), The Masters Building, LLC (Case No. 25-10450), 837 Park Avenue, LLC (Case No. 25-10451), and Terra Laguna Beach, Inc. (Case No. 25-10641).

12421807v.2

on **September 22, 2025 at 1:30 p.m. (Eastern Time)** to resolve any disputes related to final fee applications.

5. For the avoidance of doubt, nothing in this Order shall impair, prejudice, or otherwise affect the rights of any Professional or to any amounts in the professional fee escrow account as of the date hereof.

6. Subject to the terms of this Order, upon the dismissal of the Chapter 11 Cases, each Professional is discharged and relieved of any further obligations with respect to these Chapter 11 Cases.

7. The terms of this Order are effective and enforceable immediately upon its entry.

8. Notwithstanding the dismissal of the Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation, interpretation, or enforcement of this or any other order of this Court entered in these Chapter 11 Cases, including, but not limited to, the Final Fee Application and disputes over the Earnest Money Deposit, as defined in the *Purchase and Sale Agreement and Joint Escrow Instructions* by and between Patrick Theodora and Debtor Tesoro (*see* Docket No. 468-1).

Dated: August 18th, 2025
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

3

12421807v.2