## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 14, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the Office of the United States Trustee for the District of Delaware at ustpregion03.wl.ecf@usdoj.gov, malcolm.m.bates@usdoj.gov, and benjamin.a.hackman@usdoj.gov:

- **Monthly Operating Report re: MOM CA Investco LLC** (Docket No. 738)

- **Monthly Operating Report re: MOM AS Investco LLC** (Docket No. 739)

- **Monthly Operating Report re: MOM BS Investco LLC** (Docket No. 740)

- **Monthly Operating Report re: Retreat at Laguna Villas** (Docket No. 741)

- **Monthly Operating Report re: Sunset Cove Villas** (Docket No. 742)

- **Monthly Operating Report re: Duplex at Sleepy Hollow, LLC** (Docket No. 743)

- **Monthly Operating Report re: Cliff Drive Properties DE, LLC** (Docket No. 744)

- **Monthly Operating Report re: 694 NCH Apartments, LLC** (Docket No. 745)

- **Monthly Operating Report re: Heisler Laguna, LLC** (Docket No. 746)

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

- **Monthly Operating Report re: Laguna Festival Center, LLC** (Docket No. 747)

- **Monthly Operating Report re: 891 Laguna Canyon Road, LLC** (Docket No. 748)

- **Monthly Operating Report re: 777 at Laguna, LLC** (Docket No. 749)

- **Monthly Operating Report re: Laguna Art District Complex, LLC** (Docket No. 750)

- **Monthly Operating Report re: Tesoro Redlands DE, LLC** (Docket No. 751)

- **Monthly Operating Report re: Aryabhata Group LLC** (Docket No. 752)

- **Monthly Operating Report re: Hotel Laguna, LLC** (Docket No. 753)

- **Monthly Operating Report re: 4110 West 3rd Street DE, LLC** (Docket No. 754)

- **Monthly Operating Report re: 314 S. Harvard DE, LLC** (Docket No. 755)

- **Monthly Operating Report re: Laguna HI, LLC** (Docket No. 756)

- **Monthly Operating Report re: Laguna HW, LLC** (Docket No. 757)

- **Monthly Operating Report re: The Masters Building, LLC** (Docket No. 758)

- **Monthly Operating Report re: 837 Park Avenue, LLC** (Docket No. 759)

- **Monthly Operating Report re: Terra Laguna Beach, Inc.** (Docket No. 760)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 19, 2025

*Monica Balos*
Monica Balos

State of Colorado    )
                     ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 19th day of August 2025 by Monica Balos.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04