# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*, | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned cases:

| **Date & Time** | **Location** |
|---|---|
| September 22, 2025 at 1:30 p.m. (ET)  Final Fee Application Hearing | U.S. Bankruptcy Court for the District of Delaware  824 North Market Street, 6th Floor, Courtroom No. 1  Wilmington, Delaware 19801 |

**Dated: August 21st, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

12387807v.1