IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 732** |

# CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025

The undersigned hereby certifies that they have received no answer, objection, or any other responsive pleading with respect to the *Third Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period May 1, 2025 Through May 31, 2025* [Docket No. 732] (the "Application")[2] of Potter Anderson & Corroon LLP (the "Applicant"). The undersigned further certifies that they have reviewed the Court's docket in this case and no formal

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

answer, objection, or other response to the Application appears thereon.[3] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 202] (the "Interim Compensation Order"), the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

|  |  |
|---|---|
| Dated: August 26, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sarah R. Gladieux*<br>Christopher M. Samis (No. 4909)<br>Aaron H. Stulman (No. 5807)<br>R. Stephen McNeill (No. 5210)<br>Gregory J. Flasser (No. 6154)<br>Sarah R. Gladieux (No. 7404)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:  csamis@potteranderson.com<br>         astulman@potteranderson.com<br>         rmcneill@potteranderson.com<br>         gflasser@potteranderson.com<br>         sgladieux@potteranderson.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

---

[3] Pursuant to the Interim Compensation Order, parties have fourteen (14) days after the date of service to object to the Application.

# EXHIBIT A

**MOM CA Investco LLC,** *et al.*
**Case No. 25-10321 (BLS)**

**Professional Fees and Expenses**
**Monthly Fee Application**

| APPLICANT & DOCKET NO. | TIME PERIOD COVERED | FEES & EXPENSES REQUESTED IN APPLICATION | FEES & EXPENSES ALLOWED/ AWARDED | DATE APPLICATION FILED | OBJECTION DEADLINE |
|---|---|---|---|---|---|
| Potter Anderson & Corroon LLP  [Docket No. 732] | 5/1/2025 - 5/31/2025 | $805,835.50 (Fees)  $7,126.75 (Expenses) | $664,668.40 (Fees at 80%)  $7,126.75 (Expenses at 100%) | 8/11/2025 | 8/25/2025 |

12355441v.1