# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 783** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 783

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws, without prejudice, the document listed below:

- *Fifth and Final Staffing and Compensation Report of FTI Consulting, Inc. as Chief Restructuring Office and Supporting Personnel to the Debtors for the Period July 1, 2025 Through August 29, 2025* [Docket No. 783].

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

| Dated: September 8, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sarah R. Gladieux*<br>Christopher M. Samis (No. 4909)<br>Aaron H. Stulman (No. 5807)<br>R. Stephen McNeill (No. 5210)<br>Gregory J. Flasser (No. 6154)<br>Sarah R. Gladieux (No. 7404)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>      astulman@potteranderson.com<br>      rmcneill@potteranderson.com<br>      gflasser@potteranderson.com<br>      sgladieux@potteranderson.com<br><br>*Counsel for the Debtors and Debtors in Possession* |
|---|---|