IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Avery Jue Meng hereby withdraws as counsel to The Picerne Group, Inc. ("TPG"). The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove Ms. Meng from the electronic and paper noticing matrix for the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that all other currently counsel of record will continue to represent TPG and are not intended to be affected by this notice.

---

[1] The Debtors in the Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim) (collectively, as debtors and debtors and debtors in possession of the Chapter 11 Cases, the "Debtors"). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

Dated: October 3, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Avery Jue Meng*
Robert J. Dehney (No. 3578)
Avery Jue Meng (No. 7238)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
     ameng@morrisnichols.com

*- and –*

**PAUL HASTINGS LLP**
Roger G. Schwartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
Ezra Sutton (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Email: rogerschwartz@paulhastings.com
     douglassbarron@paulhastings.com
     ezrasutton@paulhastings.com

*Counsel to The Picerne Group, Inc.*