# Exhibit 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| AKIN-HIYAMA, KRISTEN PIERCE ADDRESS ON FILE | 13483 | JOANN Inc. | 503(b)(9) | $59.70 | JOANN Inc. | Unsecured | $59.70 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| ALVISO, NANCY LARUE ADDRESS ON FILE | 9222 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| ARGETSINGER, JUDY ADDRESS ON FILE | 2284 | JOANN Inc. | 503(b)(9) | $86.84 | JOANN Inc. | Unsecured | $86.84 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| B, A ADDRESS ON FILE | 13140 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| BALLARE, NANCY MABEL ADDRESS ON FILE | 13056 | JOANN Inc. | 503(b)(9) | $184.39 | JOANN Inc. | Unsecured | $184.39 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

# JOANN Inc. Case No. 25-10068
## Third Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|------|---------|--------|----------------------------------|--------|--------------------------|-----------------|--------|
| 6 BARTLESON, KERRI ADDRESS ON FILE | 10623 | Jo-Ann Stores, LLC | 503(b)(9) | $89.00 | Jo-Ann Stores, LLC | Unsecured | $89.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. ||||||||
| 7 BILLINGS, JOANNE ADDRESS ON FILE | 4629 | JOANN Inc. | 503(b)(9) | $169.22 | JOANN Inc. | Unsecured | $169.22 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. ||||||||
| 8 BONOMO, SUZANNE ADDRESS ON FILE | 804 | JOANN Inc. | 503(b)(9) | $130.00 | JOANN Inc. | Unsecured | $130.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. ||||||||
| 9 BROADWAY, COLETTE A ADDRESS ON FILE | 11732 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. ||||||||
| 10 BUSH, TAMESHA ADDRESS ON FILE | 8409 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. ||||||||

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------------|--------|--------------------------|-----------------|--------|
| CARLISLE, PENNY ANN ADDRESS ON FILE | 1617 | JOANN Inc. | 503(b)(9) | $117.69 | JOANN Inc. | Unsecured | $117.69 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| CHEN, EMILY ADDRESS ON FILE | 14225 | Jo-Ann Stores, LLC | 503(b)(9) | $56.00 | Jo-Ann Stores, LLC | Unsecured | $56.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| CORON, CLAUDIA NICOLE ADDRESS ON FILE | 11538 | Jo-Ann Stores, LLC | 503(b)(9) | $150.00 | Jo-Ann Stores, LLC | Unsecured | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| CROSS, JENNIFER K ADDRESS ON FILE | 2663 | JOANN Inc. | 503(b)(9) | $128.08 | JOANN Inc. | Unsecured | $128.08 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| DABROWSKA-SOMMERS, JOANNA ADDRESS ON FILE | 4967 | Jo-Ann Stores, LLC | 503(b)(9) | $64.85 | Jo-Ann Stores, LLC | Unsecured | $64.85 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068

Third Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 26 DAVIS, KATHY RENE ADDRESS ON FILE | 11551 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 DELANEY, HENRY LOUIS ADDRESS ON FILE | 5207 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 28 DELOACH, CORTNEY ADDRESS ON FILE | 4112 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 29 DEVINE, KATHY ADDRESS ON FILE | 11207 | JOANN Inc. | 503(b)(9) | $117.20 | JOANN Inc. | Unsecured | $117.20 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 30 ENKEMA, CATHERINE ADDRESS ON FILE | 1015 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |


| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 21 EVANS, JONI ADDRESS ON FILE | 2270 | JOANN Inc. | 503(b)(9) | $57.93 | JOANN Inc. | Unsecured | $57.93 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 EVANS, LUZ MARIA ADDRESS ON FILE | 6742 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 23 FERRIS, SYLVIA CHASE ADDRESS ON FILE | 3977 | JOANN Inc. | 503(b)(9) | $79.40 | JOANN Inc. | Unsecured | $79.40 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 FORSYTHE, KERSTIN P ADDRESS ON FILE | 5530 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 25 GAAB, MARISSA ADDRESS ON FILE | 5338 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 26 GIBER, KELLY MARIE ADDRESS ON FILE | 3619 | JOANN Inc. | 503(b)(9) | $145.00 | JOANN Inc. | Unsecured | $145.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 GRAHAM, SUSAN CLAIRE ADDRESS ON FILE | 4512 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 28 GUZMAN, SAMANTHA ADDRESS ON FILE | 8907 | joann.com, LLC | 503(b)(9) | $75.00 | joann.com, LLC | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 29 HEGGEDAL, SHARON ADDRESS ON FILE | 8528 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 30 HENKEL, CYNTHIA M ADDRESS ON FILE | 7127 | Jo-Ann Stores, LLC | 503(b)(9) | $72.13 | Jo-Ann Stores, LLC | Unsecured | $72.13 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| HOLMES, JENNIFER MARY ADDRESS ON FILE | 3468 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| HURWITCH, ALISON SNOW ADDRESS ON FILE | 1875 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| IVY, EMILY ADDRESS ON FILE | 6592 | Jo-Ann Stores, LLC | 503(b)(9) | $58.72 | Jo-Ann Stores, LLC | Unsecured | $58.72 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| JIMENEZ, ERICA ADDRESS ON FILE | 10201 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| KING, HEATHER CUNIFF ADDRESS ON FILE | 5558 | Jo-Ann Stores, LLC | 503(b)(9) | $69.00 | Jo-Ann Stores, LLC | Unsecured | $69.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

7

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

|  |  |  | ASSERTED CLAIMS | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| KITTRELL, PATTI GAYLE ADDRESS ON FILE | 14208 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| LARSEN, JALYNN ADDRESS ON FILE | 13039 | Jo-Ann Stores, LLC | 503(b)(9) | $52.65 | Jo-Ann Stores, LLC | Unsecured | $52.65 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| LAWSON, DIANE S. ADDRESS ON FILE | 3823 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| LEE, MARK ADDRESS ON FILE | 2582 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| LENZ, SARA J ADDRESS ON FILE | 5499 | Jo-Ann Stores, LLC | 503(b)(9) | $140.36 | Jo-Ann Stores, LLC | Unsecured | $140.36 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | ASSERTED CLAIMS AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|------|---------|--------|-------------------|--------|--------|-------------------|--------|
| [41] LEWIS, MELINDA ANNE ADDRESS ON FILE | 9373 | Jo-Ann Stores, LLC | 503(b)(9) | $163.38 | Jo-Ann Stores, LLC | Unsecured | $163.38 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |
| [42] LIEN, LAUREL ADDRESS ON FILE | 13322 | Jo-Ann Stores, LLC | 503(b)(9) | $145.20 | Jo-Ann Stores, LLC | Unsecured | $145.20 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |
| [43] LUCZON, PAULINE ADDRESS ON FILE | 13357 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |
| [44] LUSSIER, NANCY A ADDRESS ON FILE | 3200 | joann.com, LLC | 503(b)(9) | $97.30 | joann.com, LLC | Unsecured | $97.30 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |
| [45] LYNCH, JULIE ADDRESS ON FILE | 12198 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|------|---------|--------|------------------------|--------|--------|----------------|--------|
| 46 MARION, MARLENE CHERIE ADDRESS ON FILE | 1304 | JOANN Inc. | 503(b)(9) | $91.00 | JOANN Inc. | Unsecured | $91.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 47 MARTIN, BEVERLY ANN ADDRESS ON FILE | 4367 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 48 MARTIN, DEBBIE LEE ADDRESS ON FILE | 4822 | Jo-Ann Stores, LLC | 503(b)(9) | $94.85 | Jo-Ann Stores, LLC | Unsecured | $94.85 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 49 MAYLEBEN, ELLERY ADDRESS ON FILE | 9160 | JOANN Inc. | 503(b)(9) | $95.63 | JOANN Inc. | Unsecured | $95.63 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 50 MCGHEE BURTON, LISA ADDRESS ON FILE | 9322 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED CLAIMS | | MODIFIED PRIORITY | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 31 MCLAUGHLIN, MARJORIE F ADDRESS ON FILE | 10840 | joann.com, LLC | 503(b)(9) | $84.00 | joann.com, LLC | Unsecured | $84.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 32 MEDINA, DION ADDRESS ON FILE | 5503 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 33 MEISTER, SUZANNE ADDRESS ON FILE | 2272 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 34 MILLER, GENEVA ADDRESS ON FILE | 3980 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 35 MILLER, MADELEINE CINDY ADDRESS ON FILE | 11326 | JOANN Inc. | 503(b)(9) | $64.79 | JOANN Inc. | Unsecured | $64.79 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | MILTON, SHIRLEY A ADDRESS ON FILE | 10554 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 57 | MIRONENKO, ELENA ADDRESS ON FILE | 5800 | Jo-Ann Stores, LLC | 503(b)(9) | $54.15 | Jo-Ann Stores, LLC | Unsecured | $54.15 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 58 | MORRIS, KRISTEN ADDRESS ON FILE | 11138 | JOANN Inc. | 503(b)(9) | $58.38 | JOANN Inc. | Unsecured | $58.38 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 59 | MROZOWSKI, VALERIE ADDRESS ON FILE | 8345 | JOANN Inc. | 503(b)(9) | $130.00 | JOANN Inc. | Unsecured | $130.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 60 | NARDINI, CANDICE WOODS ADDRESS ON FILE | 6058 | Jo-Ann Stores, LLC | 503(b)(9) | $117.10 | Jo-Ann Stores, LLC | Unsecured | $117.10 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 61 NAVEL, KERI ADDRESS ON FILE | 8707 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 62 NORMAND, DALENE ADDRESS ON FILE | 12068 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 63 O'DONNELL, BAILEY ADDRESS ON FILE | 1929 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 64 OWENS, MICHELLE LEE ADDRESS ON FILE | 12704 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 65 PAULSON, MARIKA CAROL ADDRESS ON FILE | 10138 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 66 PECOR, BONNIE SUE ADDRESS ON FILE | 4986 | JOANN Inc. | 503(b)(9) | $78.21 | JOANN Inc. | Unsecured | $78.21 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 67 PEFFER, JOANNE ADDRESS ON FILE | 12509 | JOANN Inc. | 503(b)(9) | $80.00 | JOANN Inc. | Unsecured | $80.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 68 PROFFITT, YVONNE FAYE ADDRESS ON FILE | 1257 | Jo-Ann Stores, LLC | 503(b)(9) | $145.02 | Jo-Ann Stores, LLC | Unsecured | $145.02 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 69 QUASHNICK, SHELENI ADDRESS ON FILE | 9056 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 70 RAGSDALE, DAVID WILLARD ADDRESS ON FILE | 5171 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | | DEBTOR | PRIORITY STATUS | AMOUNT |
| 71. REAM, CHERYL L ADDRESS ON FILE | 10737 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 72. RETZER, LINDSEY ADDRESS ON FILE | 1179 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $100.00 $25.00 | | JOANN Inc. | Unsecured | $125.00 |
| | | | Subtotal | $125.00 | | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 73. RIVERA, HAYLEY ADDRESS ON FILE | 12727 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 74. RODRIGUEZ, THERESA A ADDRESS ON FILE | 5291 | Jo-Ann Stores, LLC | 503(b)(9) | $53.00 | | Jo-Ann Stores, LLC | Unsecured | $53.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 75. ROSSOTTO, SHAWNNA ANN ADDRESS ON FILE | 5865 | JOANN Inc. | 503(b)(9) | $60.00 | | JOANN Inc. | Unsecured | $60.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 76 SARGENT, CATHY ADDRESS ON FILE | 7668 | JOANN Inc. | 503(b)(9) | $73.02 | JOANN Inc. | Unsecured | $73.02 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 77 SCHMOLL, PEGGY G ADDRESS ON FILE | 5136 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 78 SCHNEIDER, DAWN M ADDRESS ON FILE | 2548 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 79 SCHNEIDER, NANCY BETH ADDRESS ON FILE | 12748 | JOANN Inc. | 503(b)(9) | $161.55 | JOANN Inc. | Unsecured | $161.55 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 80 SCHULMAN, DAVID B ADDRESS ON FILE | 6405 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

16

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 81 SHELL, STEPHANIE ADDRESS ON FILE | 1493 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 82 SIMPSON-FORGET, SHELLEY ADDRESS ON FILE | 3871 | JOANN Inc. | 503(b)(9) | $79.66 | JOANN Inc. | Unsecured | $79.66 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 83 SIMS, J'VON ADDRESS ON FILE | 7902 | JOANN Inc. | 503(b)(9) | $71.35 | JOANN Inc. | Unsecured | $71.35 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 84 SMITH, KYLIE ADDRESS ON FILE | 14039 | JOANN Inc. | 503(b)(9) | $70.00 | JOANN Inc. | Unsecured | $70.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 85 SPEAR, ANA ADDRESS ON FILE | 3991 | JOANN Inc. | 503(b)(9) | $111.75 | JOANN Inc. | Unsecured | $111.75 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | ASSERTED CLAIMS AMOUNT | MODIFIED PRIORITY DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 86 | STAEBLER, KAITLIN ADDRESS ON FILE | 3385 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 87 | STAFFORD, TOMI ADDRESS ON FILE | 12429 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 88 | STORIE, HELEN DENISE ADDRESS ON FILE | 1837 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 89 | THOMPSON, CATHY ADDRESS ON FILE | 4872 | JOANN Inc. | 503(b)(9) | $53.73 | JOANN Inc. | Unsecured | $53.73 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 90 | TOOMBS, CURTIS ADDRESS ON FILE | 4461 | Jo-Ann Stores, LLC | 503(b)(9) | $95.00 | Jo-Ann Stores, LLC | Unsecured | $95.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | ASSERTED CLAIMS AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|
| 91 TOUMEY, JOHN ADDRESS ON FILE | 8472 | JOANN Inc. | 503(b)(9) | $72.93 | JOANN Inc. | Unsecured | $72.93 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 92 TRAMPOSCH, PAT ADDRESS ON FILE | 1517 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 93 VALENTINE, DYANA ADDRESS ON FILE | 4122 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 94 VOLKMAN, REBECCA ADDRESS ON FILE | 5867 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $80.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $80.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 95 WARE, KATHLEEN A ADDRESS ON FILE | 6541 | JOANN Inc. | 503(b)(9) | $69.73 | JOANN Inc. | Unsecured | $69.73 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------------|--------|--------|-----------------------------------|--------|
| 96 WATSON, MARLENE ADDRESS ON FILE | 4409 | JOANN Inc. | 503(b)(9) | $124.12 | JOANN Inc. | Unsecured | $124.12 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 97 WILLIAMS, BRANDI ADDRESS ON FILE | 1485 | JOANN Inc. | 503(b)(9) | $67.00 | JOANN Inc. | Unsecured | $67.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 WILSON, JOANNA MAE ADDRESS ON FILE | 5572 | JOANN Inc. | 503(b)(9) | $77.61 | JOANN Inc. | Unsecured | $77.61 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 99 WOOD, KATHLEEN GRACE ADDRESS ON FILE | 13458 | Jo-Ann Stores, LLC | 503(b)(9) | $93.85 | Jo-Ann Stores, LLC | Unsecured | $93.85 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 100 YOUNG, LAURA ADDRESS ON FILE | 8218 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |