Honorable Craig T. Goldblatt

RECEIVED
2025 JUN -6 AM 9:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Just wanted to touch base with you about the disapointment in all the actions going on with the Yellow Bankrupty case. Its been almost 2 years it just keeps going on and on. I have talked to lots of ex employee's and the disapointment is across the board. Fee's are still being charged, does not seem to be any headway being made. I know you must be tired of this case by now. The changes, the updates, the set backs, even the rule of law. We get the letters of the failed confirmations, the date changes, the terminals still being sold, the fee's still being requested and then the news. I watched as this company was destroyed after 99 years, watched as the Union and management failed on both ends to correct the issues. But at the end of it we all watched as the Biden Administration gave the union enough money to last a lifetime. And we, thats me and you as tax paying citizens get to pay for that. These companies that are holding everything up (the pension)

companies looks like they are working to get way more than they should. I don't have any idea of what they should get or shouldn't get. All I know is we as employees (non union) were promised to get our PTO/vac pay from the sales of all the terminals and equiptment. I hear all the horror stories of were the need for those funds, heard about one ex employee whose wife had cancer and they were losing their house, not sure how it turned out but I know that 4 or 5 thousand would have helped them, even if just to move into an apartment. And just 2 weeks ago one teamstr from the Fort Worth terminal was laid to rest due to cancer. His pension won't help now. Judge, I'm not sure what the pension holding companies are due, I personnaly think they are trying to pad their funds for future involvements elswhere. I think we are due our PTO/vac money and hope you settle this thing. We should probably be paid and then let the big dogs keep fighting, delaying, charges to request so forth. Thanks Judge for all you do, time to drop the gavel and end this thing. No other way

To say it.

Thanks, George Campbell
Fort Worth Tx
817-357-0975
georgemolly2021@gmail.com